1

2

3

4

5

6

7

8

9

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## IN SEATTLE

10

11

| | |
|---|---|
| WEST BEACH CONDOMINIUM, a Washington non-profit corporation, | No. 2:17-cv-00896 |
| Plaintiff, | STIPULATED MOTION AND PROPOSED ORDER TO REMAND TO STATE COURT |
| v. | |
| COMMONWEALTH INSURANCE COMPANY OF AMERICA, a foreign insurance company; NORTHBRIDGE GENERAL INSURANCE CORPORATION f/k/a COMMONWEALTH INSURANCE COMPANY, an alien insurance company, | |
| Defendants. | |

12

13

14

15

16

17

18

19

20

### I.   STIPULATION

21

The parties to this action, by and through their attorneys of record, stipulate that the

22

above-captioned action shall be remanded to state court.

23

STIPULATED MOTION AND PROPOSED ORDER TO REMAND
TO STATE COURT - 1

Case No. 2:17-cv-00896 RAJ

**H**ARPER | **H**AYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010
Facsimile: 206-260-2852

1    DATED this 19th day of June 2017.

2                                        HARPER | HAYES PLLC

3
                                         By: s/ *Todd C. Hayes*
4                                             Todd C. Hayes, WSBA No. 26361
                                              s/ *Charles K. Davis*
5                                             Charles K. Davis, WSBA No. 38231
                                              600 University Street, Suite 2420
6                                             Seattle, WA  98101
                                              **Tel**.    206.340.8010
7                                             **Fax**.    206.260.2852
                                              **Email**: todd@harperhayes.com
8                                                      cdavis@harperhayes.com
                                              Attorneys for Plaintiff
9

10                                       LANE POWELL PC

11
                                         By: s/ *Stephania Denton*
12                                            Stephania Denton, WSBA No. 21920
                                              s/ *Kara Treadway*
13                                            Kara Treadway, WSBA No. 44984
                                              1420 Fifth Avenue, Suite 4200
14                                            **Tel**.    206.223.7000
                                              **Fax**.    206.223.7107
15                                            **Email**: dentons@lanepowell.com
                                                       tredwayk@lanepowell.com
16                                            Attorneys for Defendants

17

18

19

20

21

22

23

STIPULATED MOTION AND PROPOSED ORDER TO REMAND          **H**ARPER | **H**AYES PLLC
TO STATE COURT - 2                                         One Union Square
                                                      600 University Street, Suite 2420
                                                         Seattle, Washington 98101
Case No. 2:17-cv-00896 RAJ                                Telephone: 206-340-8010
                                                           Facsimile: 206-260-2852

## II. ORDER

Based on the above stipulation, IT IS ORDERED:

1. That the above-captioned action shall be remanded to state court; and

2. No costs are awarded to either party.

DONE IN OPEN COURT this 28th day of June, 2017.

_____

The Honorable Richard A. Jones
United States District Judge

STIPULATED MOTION AND PROPOSED ORDER TO REMAND
TO STATE COURT - 3

Case No. 2:17-cv-00896 RAJ

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010
Facsimile: 206-260-2852